

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00233-CV

IN RE: THE COMMITMENT OF DENNIS LARRY PARISH

§ On Appeal from Criminal District Court No. 3

§ of Tarrant County (CDC3-S-15436-23)

§ April 10, 2025

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's civil-commitment order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr